Certificate Number: 05781-OKW-DE-041412266

Bankruptcy Case Number: 26-12576

05781-OKW-DE-041412266

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 5, 2026, at 9:50 o'clock PM PDT, Samuel Ball Ii completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Oklahoma.

Date: September 5, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President